UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Whirly South LLC and Whirly South Properties LLC, | Case Number 22-cv-2191 |
| Plaintiffs, | |
| v. | |
| Arch Insurance Company, | |
| Defendant. | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Arch Insurance Company ("Arch") gives notice of the removal of the above-captioned action to the United States District Court for the District of Minnesota, and as grounds for removal states:

1. Exhibit 1 attached hereto is a complete copy of all process, pleadings, and orders in this matter that have been served upon, or otherwise received by, Arch.

2. On August 9, 2022, Whirly South LLC and Whirly South Properties LLC ("Plaintiffs") sent copies of the initial pleading in this matter to the Minnesota Department of Commerce and to Arch via certified mail, thereby purportedly serving such pleading on Arch as of August 9, 2022. (*See* Ex. 1 pp. 8-11, 13-14.)

3. The Summons and Complaint were received by the Minnesota Department of Commerce on August 11, 2022. (Ex. 1 p. 12.)

4. The Summons and Complaint were received by Arch on August 15, 2022. (Ex. 1 p. 15.)

5.      This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it was filed within 30 days after the initial pleading was purportedly served on Arch, and within 30 days after the initial pleading was received by the Minnesota Department of Commerce and by Arch.[1]

6.      Whirly South LLC is a limited liability company formed under Minnesota Statutes Chapter 322C and has its principal place of business in Minnesota. Whirly South LLC is therefore a citizen of Minnesota for purposes of diversity jurisdiction.

7.      Whirly South Properties LLC is a limited liability company formed under Minnesota Statutes Chapter 322C and has its principal place of business in Minnesota. Whirly South Properties LLC is therefore a citizen of Minnesota for purposes of diversity jurisdiction

8.      Arch is a Missouri insurance company with its principal place of business in New Jersey. Arch is therefore a citizen of Missouri and New Jersey for purposes of diversity jurisdiction.

9.      Complete diversity of citizenship exists because Plaintiffs are both citizens of Minnesota and Arch is a citizen of Missouri and New Jersey.

10.     Plaintiffs' Complaint seeks nonmonetary relief. (Ex. 1 pp. 5-6.) Per 28 U.S.C. § 1446(c)(2)(A), it is therefore permissible for this Notice of Removal to assert the amount in controversy.

---

[1]     For purposes of the timing of this filing, Arch is treating August 9, 2022 as the date of service of process, but reserves the right to challenge the validity of the method by which the Complaint was purportedly served.

11. This matter arises from a disputed insurance claim, for which Plaintiffs' public adjuster has submitted a repair estimate totaling $792,212. The amount in controversy therefore exceeds $75,000.

12. The United States District Court for the District of Minnesota has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1332(a)(1) and 1441 because complete diversity of citizenship exists and the amount in controversy exceeds $75,000, exclusive of interest and costs.

13. As required by 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will promptly be given to Plaintiff, and a Notice of Filing Notice of Removal will promptly be filed in Hennepin County District Court.

14. Arch has filed a Civil Cover Sheet and paid the required filing fee.

15. Arch has good and sufficient defenses to this action.

16. Arch makes no admission of liability and expressly reserves the right to raise all defenses and objections to Plaintiff's claims after the action is removed to this Court, including, without limitation, defenses and objections based on insufficient service of process, and/or the legal sufficiency of Plaintiff's pleadings.

### DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Arch hereby demands a jury trial on all issues so triable.

**ZELLE LLP**

September 8, 2022   /s/ Dennis Anderson
   Dennis Anderson (#0396147)
   500 Washington Ave. S., Suite 4000


Minneapolis, MN  55415
612-339-2020
danderson@zelle.com

***Attorney for Defendant***
***Arch Insurance Company***