UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Whirly South LLC and Whirly South Properties LLC,

        Plaintiffs,

v.

Arch Insurance Company,

        Defendant.

Case Number  22-cv-2191

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Whirly South LLC and Whirly South Properties LLC hereby dismiss the above-captioned action without prejudice. Dismissal without prejudice under Rule 41(a)(1) is proper because (1) Defendant Arch Insurance Company has not served an answer or a motion for summary judgment and (2) Plaintiffs have not previously dismissed an action based on or including the same claim in any court of the United States or of any state.

BECKMANN LAW FIRM, LLC

September 14, 2022

 */s/ Edward E. Beckmann*
Edward E. Beckmann, ID # 29309x
3800 American Boulevard West
Suite 1500
Bloomington, MN 55431
Tel:   (952) 921-5848
E-mail: ed@beckamnnlawfirm.com

**ATTORNEY FOR PLAINTIFFS**