## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Whirly South LLC and Whirly South Properties LLC, | Case Number 22-cv-02191-WMW-TNL |
| Plaintiffs, | |
| v. | |
| Arch Insurance Company, | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Whirly South LLC and Whirly South Properties LLC, and Defendant Arch Insurance Company, hereby stipulate to dismiss the above-captioned action **WITH PREJUDICE** and on the merits, with each party to bear its own attorney fees and costs.

**BECKMANN LAW FIRM, LLC**

March 26, 2024    /s/ Edward E. Beckmann
Edward E. Beckmann, ID # 29309x
3800 American Blvd. W., Suite 1500
Bloomington, MN 55431
952-921-5848
ed@beckamnnlawfirm.com

*Attorney for Plaintiffs*

**ZELLE LLP**

March 26, 2024    /s/ Dennis Anderson
Dennis Anderson (#0396147)
500 Washington Ave. S., Suite 4000
Minneapolis, MN 55415

612-339-2020
danderson@zellelaw.com

***Attorney for Defendant***